IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| RAMONA G.,[1] | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:22-cv-00041 |
| | ) | |
| MARTIN O'MALLEY, | ) | By: Elizabeth K. Dillon |
| Commissioner of Social Security, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

The court, having separately entered a memorandum opinion and order adopting the Report and Recommendation, granting defendant's motion for summary judgment, denying plaintiff's motion for summary judgment, and affirming the final decision of the Commissioner of Social Security, FURTHER ORDERS that final judgment of the court is entered in favor of the Commissioner pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of the memorandum opinion and order referenced above and this judgment order to all counsel of record.

Entered: March 28, 2024.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge

---

[1] Due to privacy concerns, the court is adopting the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that courts only use the first name and last initial of the claimant in social security opinions.